IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL POSTON and JOANNA POSTON, individually and as guardian of Michael Poston,<br><br>Plaintiffs,<br><br>vs.<br><br>VELOX TRANSPORT SOLUTIONS, LLC, JULIO SANTOS, CES HOSPITALITY, ALMO DISTRIBUTING, and DOES 1-15,<br><br>Defendants, | CV 23-28-M-DWM<br><br><br>ORDER |
| ALMO DISTRIBUTING PENNSYLVANIA, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>UBER FREIGHT LLC,<br><br>Third-Party Defendant. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

1

IT IS ORDERED that within 60 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for October 7, 2024, is VACATED.

DATED this 5th day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court