IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL POSTON and JOANNA POSTON, individually and as guardian of Michael Poston,<br><br>Plaintiffs,<br><br>vs.<br><br>VELOX TRANSPORT SOLUTIONS, LLC, JULIO SANTOS, CES HOSPITALITY, ALMO DISTRIBUTING, and DOES 1-15,<br><br>Defendants, | CV 23-28-M-DWM<br><br>ORDER |
| ALMO DISTRIBUTING PENNSYLVANIA, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>UBER FREIGHT LLC,<br><br>Third-Party Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 24th day of April, 2024.

Donald W. Molloy, District Judge
United States District Court